UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2005 JAN 13 P 4: 52
U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES OF AMERICA

vs.    Criminal No. 3:00CR00233(SRU)

SHAWN BARHAM

### AMENDED ORDER OF COMMUNITY CONFINEMENT

The condition of supervised release requiring Mr. Barham to reside in community confinement with work release and/or education privileges and drug treatment for a period of six (6) months is amended to include passes on a graduated basis from two (2) to 24 hours. The goal of these passes is for the offender to strengthen family ties with his son.

Signed and dated at Bridgeport, Connecticut, this 13th day of January 2005.

Stefan R. Underhill
United States District Judge